UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 21, 2007

MEMO TO COUNSEL RE:   Teresa James v. City of Frederick
                                             Civil No. JFM-06-555

Dear Counsel:

      I am in receipt of Samuel Riley's letter dated May 16, 2007 and Carrie Blackburn Riley's letter of the same date. I also note that Ms. Blackburn Riley has filed a motion for summary judgment on behalf of the City of Frederick to which she has not appended the police report of Officer Burton because it is confidential under Md. Ann. Code Cts. & Jud. Proc. §3-8A-27. I ask Mr. Jansen to advise me on or before May 29, 2007 if he has any objection to the filing of Officer Burton's police report. If I have not heard from Mr. Jansen by that date, Ms. Blackburn Riley is given permission to file the report as a supplemental exhibit to the City of Frederick's motion.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge